IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (BLS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATION STATUS REPORT** |
| Plaintiff, | Adv. Proc. No.: 19-50979 (BLS) |
| v. | |
| Matthew Lorenc, | |
| Defendant. | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    __X__    A mediation session scheduled to occur on February 2, 2021.

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____    OTHER:

Dated: January 19, 2021        */s/ Judith K. Fitzgerald*
        Judith K. Fitzgerald (PA I.D. No. 18110)
        Tucker Arensberg, P.C.
        1500 One PPG Place
        Pittsburgh, PA  15222
        (412) 594-1212

TADMS:5445384-1 035888-190629